[No. 32793-3-I.     Division One.     March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK DOUGLAS PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00215-3, Arthur E. Piehler, J., entered May 14, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 30187-0-I.     Division One.     March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON RAY CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00771-8, James H. Allendoerfer, J., entered February 18, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 31802-1-I.     Division One.     March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE K. COOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02221-1, Patricia H. Aitken, J., entered November 13, 1992. *Reversed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Schultheis, J.

[No. 32944-8-I.     Division One.     March 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. UMBERTO VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-08215-9, Jo Anne Alumbaugh, J., entered June 1, 1993. *Affirmed in part* and *remanded* by unpublished per curiam opinion.